**No. 60870.**—W. A. Taylor & Co. *v.* United States, protest 294179–K (San Francisco).

Opinion by Rao, J. In accordance with stipulation of counsel that the merchandise consists of cardboard boxes, which are the usual containers or coverings of the specific duty-paying cognac, imported therein, the claim of the plaintiff was sustained.